```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| JAVIER GONZALES, | § |
| Plaintiff, | § |
| vs. | §   C.A. NO. C-07-306 |
| JIM WELLS COUNTY TASK FORCE, | § |
| Defendant. | § |

### ORDER

On this day came on to be considered Plaintiff's Motion for Admission of Mr. Joe K. Crews *Pro Hac Vice*. (D.E. 2.) The Court hereby GRANTS the Plaintiff's motion.

SIGNED and ENTERED this 27th day of July, 2007.

_____
Janis Graham Jack
United States District Judge